JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Karal W. E. Battle-El
2985 Euclid Ave #22
San Diego CA 92105

**DEFENDANTS**
Dept. of Veterans Aff.
1 Federal Drive, Room 156
Fort Snelling MN. 55111-4050

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

07 CV 2376

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☒ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

**V. ORIGIN** (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
5 USC §552
Brief description of cause:
Copies of requested evidential documents.

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 12/18/07
SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, Ca. 92105
(619) 993-7811

FILED

07 DEC 19 AM 11:50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATERS DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Karal Hasani Efia Battle-El           )
2985 Euclid Ave. #22                  )   Case No. 07 cv 2376 L JMA
San Diego, Ca.  92105                 )
                                      )
    Plaintiff, in pro se.             )
                                      )   COMPLAINT FOR RELIEF UNDER
            vs                        )   THE FREEDOM OF INFORMATION
                                      )   ACT. 5 U.S.C. §552.
Department of Veteran's Affairs       )
Debt Management Center                )
Bishop Henry Whipple Federal Bld      )
1 Federal Drive, Room 156             )
Fort Snelling, Mn. 55111-4050         )
                                      )
    Defendant, et,. al.               )

Plaintiff alleges:

Defendant's unlawfully withheld requested evidential documentation such as the requested audit, the requested oral hearing and /or evidence of statement of debt equal to social security earning records and/or clear statement of debt owed for 2003 and 2004.

Defendant's state that on December 5, 2005, Plaintiff was notified of an indebtedness of $2,2,267.00 and according to 38 USC 5302(a) and CFR 1.963(b), address time limitation for wavier of 180 days, dated December 3, 2007. ( exhibits attached )

Plaintiff states that 2002 Plaintiff was homeless and made $107.00 that year according to the Social Security Record Statment. That Plaintiff applied for and received section 8 housing and did inform defendants that I had a job, at which time Defendants did reduce my pension payments, and I made $8,134.00 that year, that's according to my social security statement, for 2003.

There is no dispute among Defendants or Plaintiff that said benifits stopped as of January 1, 2004. There is no dispute that two (2) years later Defendants decide that Plaintiff owes that $2,267.00, aforesaid date of December 5, 2005.

There is no dispute that Defendant's intercepted $2,284.00, on 02/16/07, from the I.R.S. to Plaintiff without requested evidential documentation such as audit or oral hearing or waiver, and/or clear statement of debt owed for 2003/2004.

In support Plaintiff cites 5 U.S.C.§552, the Freedom of Information Act that Plaintiff is entitled to any and all documentation whether paper and/or electronic improperly withheld by Defendants, to justify said actions to Plaintiff.

## COMPLAINT FOR INJUNCTIVE RELIEF

This Court has jurisdiction over the parties pursuant to 5 U.S.C.§552, and 28 U.S.C. §133 for venue 5 U.S.C. §552, for

injunctive relief and other appropriate relief and seeking the disclosure and release of agency records, improperly withheld from Plaintiff by Defendant.

### RELIEF REQUESTED

WHEREFORE, Plaintiff Prays that this Court:

1. Order Defendant(s) to disclose the requested records in their entiteties and make copies available to Plaintiff.
2. Provide for expeditious proceding in this action.
3. Award Plaintiff his costs and reasonable attorney fees incurred in this action.
4. Grant such other relief as the court may deem just and proper.

RESPECTFULLY SUBMITTED,

_____
Plaintiff in this action
Mr. Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, Ca.      92105



**DEPARTMENT OF VETERANS AFFAIRS**
Debt Management Center
Bishop Henry Whipple Federal Building
1 Federal Drive, Room 156
Fort Snelling, MN 55111-4050

December 3, 2007

| | In Reply Refer To: |
|---|---|
| **KARAL H BATTLE-EL** | 389/OPS1 00/30B |
| 2985 EUCLID AVENUE #22 | 29-204-122 |
| SAN DIEGO CA 92105 | |

**Dear Mr. Battle-El:**

Your request for waiver of your pension indebtedness of $2,267.00 has been carefully considered by our Committee on Waivers and Compromises. We regret to advise you that your waiver was denied for the following reasons:

38 USC 5302 (a) and 38 CFR 1.963 (b) state that an application for waiver must be made within 180 days from the date of notification of an indebtedness. You were previously notified on December 5, 2005, of your indebtedness, the right to request waiver, and the 180 day time limit for filing an application for waiver. As a result of this time limit imposed by both statute and regulation, we must deny your waiver request because you failed to submit your application for waiver within 180 days of the date of the notification.

An explanation of your procedural and appellate rights in connection with this decision is enclosed. It will expedite consideration of your appeal if the Notice of Disagreement is filed directly with this office within 60 days.

Your prompt attention and cooperation will be appreciated.

Sincerely yours,

*C. Valley*

for   C. Moon
Chief, Operations
Debt Management Center

cc: The American Legion

10/27/07


Department of Veterans Affairs
Regional Office
Pension Maintenance Center
Bishop Henry Whipple Fed. Bldg.
P.O. Box 11000
St. Paul Mn. 55111-0000


Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, Ca. 92105
Ref: #: C29 204 122


Dear Sirs:

    Your misunderstanding of my transitional debt from homeless Veteran to a productive member of society for (5) consecutive years has cost me $3,848.00, which was and is incorrect as I have notified you countless of times in writing (I retain all copies), Yet you continue to ignor any and all correspondence in an attempt to correct this grave matter.

    Your seemingly mild civil infraction, civil issue none the less, is the straw that caused regression to formal mantal state of issue, in my opinion, back to original state of hopelessness, yet the same I willing served for in the U.S.M.C. during the Viet Nam Era, under possibility of death or worse is now completely ignoring my written demands for redress of this civil complaint/ grivence. What the hell is that?

    Lets talk about this mental condition of 50% non-service-connected disability for depression with violent nightmares for the cause of this civil complaint/grivence.

Now lets talk about other written civil complaints which includes but not limited to the following: my place of residence, the I.R.S., my last place of employment, who has blacked listed me, and my auto insurance company, and just as yourselves these written complaints however formal, have gone completely ignorred.

What the hell is that? That's not America. Therefore, I am directing all issues to the Southern California District of Veteran Affairs, with a written formal request for permission to file Civil Suit against the Regional Office in St. Paul, MN.

Lastly, I formally filed written request for audit, waver, I even requested hearings, everything possible to correct this grave error, ( copies attached ) yet, even after you've taken undo monies from me, some other asshole, Pioneer Credit Recovery, inc., from as far away as Arcade, New York, sent me written notice that $3,848.00 total was due to Pioneer Credit Recovery, immediately. What the hell is that?

Your misunderstanding of my transitional debt from homeless Veteran to a productive member of society for (5) consecutive years has cost me dearly at a point in time most detrimental to, an inability to stick together, with newly birth son and daughter; my family...

Sincerely,

_____
Mr. Karal Hasani Efia Battle-El


ADDRESS SERVICE REQUESTED

# Pioneer
CREDIT RECOVERY, INC.

P.O. Box 189, Arcade, NY 14009  1-877-907-1820
PCA@pioneer-credit.com

406656

06/12/2007

#BWNDLZK  00Z
#R000 09F9 7UY6#   *A-02-1HI-AM-05726

KARAL H BATTLE-EL
2985 EUCLID AVE APT 22
SAN DIEGO CA 92105-3692

26

RE: Federal Agency: U.S DEPT OF VETERANS AFFAIRS
Amount of the Debt: $3045.34
Treasury Account #: 2006199508A

Dear Karal H Battle-El:

The U.S. Department of the Treasury has, effective with this notice placed your account owed to the Federal agency named above with our agency. You are responsible to repay this debt, including any accrued interest, penalty charges, fees, and expenses incurred by the Treasury Department in having a private agency collect this debt.

You must contact Pioneer Credit Recovery, Inc. to arrange for repayment of your account, or additional steps may be taken to collect this debt.

Pioneer Credit Recovery, Inc.
P.O. Box 189
Arcade, NY 14009

Toll free: 1-877-907-1820
**Important information can be found on the back of this page ...**

PCR-D-7013

---

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

Payment type (please check one):  ☐ Credit Card    ☐ Check    ☐ Money Order

TO PAY BY CREDIT CARD, PLEASE COMPLETE THIS SECTION    ☐ Visa  ☐ MasterCard    ☐ Discover  ☐ Diners Club

| CARD NUMBER | EXP. DATE | AMOUNT |
|---|---|---|
| CARDHOLDER NAME (Please Print) | SIGNATURE | |

☐ Address Change - please note information on back
Make checks payable to: U.S. Department of the Treasury - FMS

Debtor Identification No: 406656

KARAL H BATTLE-EL
2985 EUCLID AVE APT 22
SAN DIEGO CA 92105-3692

**CURRENT BALANCE DUE: $3045.34**
AMOUNT ENCLOSED: $_____

U.S. DEPARTMENT OF THE TREASURY - FMS
PIONEER CREDIT RECOVERY, INC.
PO BOX 70989
CHARLOTTE NC 28272-0989

070989 2006199508A 0000304534 6

05/17/07


DEPARTMENT OF VETERANS AFFAIRS
REGIONAL OFFICE
PENSION MAINTENANCE CENTER (335/21P)
BISHOP HENRY WHIPPLE FED. BLDG.
P.O. BOX 11000
ST. PAUL MN. 55111-0000


KARAL HASANI EFIA BATTLE EL
2985 EUCLID AVE #22
SAN DIEGO, CA. 92105
REF#: C29 204 122


DEAR SIRS:

   PLEASE FIND ENCLOSED A " STATEMENT IN SUPPORT OF CLAIM"
TO DESPUTE THIS DEBT AND I AM REQUESTING A WAIVER OF FUNDS
COLLECTED OF $2,267.00.


   THANK YOU FOR YOUR CONSIDERATION IN THIS MATTER.


_____
KARAL H.E. BATTLE EL



**DEPARTMENT OF VETERANS AFFAIRS**
Regional Office
Pension Maintenance Center (335/21P)
Bishop Henry Whipple Fed. Bldg.
P O Box 11000
St. Paul MN 55111-0000



MAY 10 2007

In Reply Refer To: 335/21P
C 29 204 122
BATTLE, Karal H

KARAL H BATTLE
2985 EUCLID AVE #22
SAN DIEGO CA 92105

Dear Mr. Battle:

We received your VA Form 21-4138 (Statement in Support of Claim) on March 19, 2007. You had concerns as to why the VA had taken money from your tax return. Upon review of your file, your VA pension was terminated, effective January 1, 2004, because you failed to return an Eligibility Verification Report for 2004.

The Debt Management Center (DMC) sent you a letter on December 5, 2005, that requested you set up a repayment plan for the overpayment of VA benefits. The DMC withheld your tax refund to repay the outstanding debt.

## Do You Have Questions Or Need Assistance?

If you have any questions, you may contact us by telephone, e-mail, or letter.

| If you | Here is what to do. |
|---|---|
| Telephone | Call us at 1-877-294-6380. If you use a Telecommunications Device for the Deaf (TDD), the number is 1-800-829-4833. |
| Use the Internet | Send electronic inquiries through the Internet at https://iris.va.gov. |
| Write | Put your full name and VA file number on the letter. Please send all correspondence to the address at the top of this letter. |

In all cases, be sure to refer to your VA file number 29 204 122.





**Department of
Veterans Affairs**

**1 FEDERAL DRIVE
ST PAUL MN 55111**

74     April 13, 2007

In Reply Refer To:

EARL E BATTLE
2985 EUCLID AVE #22
SAN DIEGO CA   92105

File Number:
29-204-122
PAYEE NO 00
K H BATTL

We have received your application for benefits. It is our sincere desire to decide your case promptly. However, as we have a great number of claims, action on yours may be delayed. We are now in the process of deciding whether additional evidence or information is needed. If we need anything else from you, we will contact you, so there is no need to contact us in the meantime. If you do write us, be sure to show YOUR file number and full name, or have it at hand if you call.

If your mailing address is different than that shown above, please advise us of your new mailing address. You should notify us immediately of any changes in your mailing address.

IF YOU RESIDE IN THE CONTINENTAL UNITED STATES, ALASKA, HAWAII OR PUERTO RICO, YOU MAY CONTACT VA WITH QUESTIONS AND RECEIVE FREE HELP BY CALLING OUR TOLL-FREE NUMBER 1-800-827-1000 (FOR HEARING IMPAIRED TDD 1-800-829-4833).

K. L. ANDERSON

VETERANS SERVICE CENTER MANAGER

VA FORM
JAN 1990    20-8992



# DEPARTMENT OF THE TREASURY
## FINANCIAL MANAGEMENT SERVICE
### P.O. BOX 1686
### BIRMINGHAM, ALABAMA 35201-1686



## THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS

02/16/07

IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII

BATTLE EL, KARAL H
2985 EUCLID AVE APT 22
SAN DIEGO CA 92105-3692

Dear BATTLE EL, KARAL H:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

| | |
|---|---|
| Department of Veterans Affairs | TIN Num: 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 |
| Debt Management Center | TOP Trace Num: A36797392 |
| Bishop Henry Whipple Federal Bldg | Acct Num: 22 2920410005 |
| 1 Federal Drive Room 156 | Amount This Creditor: $2284.00 |
| Fort Snelling    MN 55111-4050 | Creditor: 04    Site: 30 |
| 800-827-0648    (800) 827-0648 | |
| PURPOSE: Non-Tax Federal Debt | |

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available.

U. S. Department of the Treasury
Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME:  BATTLE EL, KARAL H
PAYMENT BEFORE REDUCTION:    $3848.00          PAYMENT DATE: 02/16/07
TOTAL AMOUNT OF THIS REDUCTION:    $2284.00    PAYMENT TYPE: EFT
PAYING FEDERAL AGENCY:  Internal Revenue Service    SPLIT REFUND CODE: 0
(See Insert on Tax Refund Offsets for Additional Information)

FOR OFFICIAL USE ONLY:   0000005035 A3679739237258607201036989082ALTR-P01BATT005139
RL0506



Respondent Burden: 15 minutes

# Department of Veterans Affairs

# STATEMENT IN SUPPORT OF CLAIM

**PRIVACY ACT INFORMATION:** The law authorizes us to request the information we are asking you to provide on this form (38 U.S.C. 501(a) and (b)). The responses you submit are considered confidential (38 U.S.C. 5701). They may be disclosed outside the Department of Veterans Affairs (VA) only if the disclosure is authorized under the Privacy Act, including the routine uses identified in the VA system of records, 58VA21/22, Compensation, Pension, Education and Rehabilitation Records - VA, published in the Federal Register. The requested information is considered relevant and necessary to determine maximum benefits under the law. Information submitted is subject to verification through computer matching programs with other agencies.

**RESPONDENT BURDEN:** VA may not conduct or sponsor, and respondent is not required to respond to this collection of information unless it displays a valid OMB Control Number. Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have comments regarding this burden estimate or any other aspect of this collection of information, call 1-800-827-1000 for mailing information on where to send your comments.

| FIRST NAME - MIDDLE NAME - LAST NAME OF VETERAN (Type or print) | SOCIAL SECURITY NO. | VA FILE NO. |
|---|---|---|
| Karal H BATTLE | | C/CSS - 29 204 122 |

The following statement is made in connection with a claim for benefits in the case of the above-named veteran:

My Pension has stopped because I got a Job and I notified the VA of the job.

The VA took 2,200 out of my tax return, and they should have stoped the monies when I told them I got the job.

This is not my fault, the VA did not take action in a timely manner.

Please call for an audit.

Please send results to the address listed below

(CONTINUE ON REVERSE)

I CERTIFY THAT the statements on this form are true and correct to the best of my knowledge and belief.

| SIGNATURE | DATE SIGNED |
|---|---|
| *[signature]* | |

| ADDRESS | TELEPHONE NUMBERS (Include Area Code) | |
|---|---|---|
| | DAYTIME | EVENING |
| 2985 Euclid Ave #22<br>San Diego, CA 92105 | (619) 993-7811 | |

**PENALTY:** The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false.

OMB Approved No. 2900-0075
Respondent Burden: 15 minutes

| VA Department of Veterans Affairs | STATEMENT IN SUPPORT OF CLAIM |
|---|---|

PRIVACY ACT INFORMATION: The law authorizes us to request the information we are asking you to provide on this form (38 U.S.C. 501(a) and (b)). The responses you submit are considered confidential (38 U.S.C. 5701). They may be disclosed outside the Department of Veterans Affairs (VA) only if the disclosure is authorized under the Privacy Act, including the routine uses identified in the VA system of records, 58VA21/22, Compensation, Pension, Education and Rehabilitation Records - VA, published in the Federal Register. The requested information is considered relevant and necessary to determine maximum benefits under the law. Information submitted is subject to verification through computer matching programs with other agencies.

RESPONDENT BURDEN: VA may not conduct or sponsor, and respondent is not required to respond to this collection of information unless it displays a valid OMB Control Number. Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have comments regarding this burden estimate or any other aspect of this collection of information, call 1-800-827-1000 for mailing information on where to send your comments.

| FIRST NAME - MIDDLE NAME - LAST NAME OF VETERAN (Type or print) | SOCIAL SECURITY NO. | VA FILE NO. |
|---|---|---|
| Karal H. E. Battle El | 372 58 6072 | 29 C/CSS - 204 122 |

The following statement is made in connection with a claim for benefits in the case of the above-named veteran:

2002 I BECAME HOMELESS, I MADE $107.00 THAT YEAR ACCORDING TO MY SOCIAL SECURITY STATEMENT. I APPLIED FOR SECTION 8 HOUSING AT THAT TIME. 2003, I RECEIVED SECTION 8 HOUSING AND INFORMED THE V.A. THAT I HAD A JOB, AT WHICH TIME THE V.A. REDUCED MY PENSION PAYMENTS, AND I MADE $8,134.00 THAT YEAR ACCORDING TO MY SOCIAL SECURITY STATEMENT.

MY PENSION WAS TERMINATED ON JANUARY 1, 2004, BECAUSE I DIDN'T FILE AN ELIGIBILITY VERIFICATION REPORT FOR 2004. I DIDN'T FILE BECAUSE 50% DISABILITY IS INADEQUATE FOR SURVIVAL IN SAN DIEGO, CA FOR A HOMELESS VET. HOWEVER, I PROCEEDED TO OBTAIN HOUSING VIA SECTION 8, AND HAVE MAINTAINED SAID APPARTMENT UNTIL TODATE.

I DID EVERYTHING, WAS SUPPOSE TO DO, BECAME INDEPENDENT AND A PRODUCTIVE MEMBER OF SOCIIETY, I WAS NO LONGER A HOMELESS VET. I DID NO WRONG TO HAVE MONEY TAKEN FROM ME.

YES, I RECEIVE SOME LETTERS BUT, I WAS NEVER HOME LONG ENOUGH TO OPEN THE LETTERS, SO I HAVE ENCLOSE THESE THREE LETTER WHICH STILL HAVE NOT BEEN OPENED.

MY APPARTMENT RENT WAS $550.00 ON SECTION 8. MY PENSION WAS REDUCED TO APPROXIMATELY $108.00, AFTER INFORMING THE V.A. THAT I HAD OBTAINED EMPLOYMENT, IF MY PAYMENTS WERE REDUCED AT TIME INDICATED COULDN'T OWE AMOUNT TAKEN FROM ME.

THEREFORE, I AM REQUESTING GRANTING OF A WAIVER AND A REQUEST FOR AN ORAL HEARING.

(CONTINUE ON REVERSE)

I CERTIFY THAT the statements on this form are true and correct to the best of my knowledge and belief.

| SIGNATURE | DATE SIGNED |
|---|---|
| [signature] | |
| ADDRESS | TELEPHONE NUMBERS (Include Area Code) |
| | DAYTIME | EVENING |

PENALTY: The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false.

| VA FORM JUN 2000 | 21-4138 | EXISTING STOCKS OF VA FORM 21-4138, APR 1994, WILL BE USED | ☆U.S.GPO: 2003 521-791/99667 |