Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, Ca.    92105
(619) 993-7811



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

07 CV 2376 L JMA

| | |
|---|---|
| Karal Hasani Efia Battle-El ) <br> 2985 Euclid Ave. #22 ) <br> San Diego, Ca.   92105 ) <br>  ) <br> Plaintiff, in pro se. ) <br>  ) <br> vs ) <br>  ) <br> Department of Veteran's Affairs ) <br> Debt Management Center ) <br> Bishop Henry Whipple Federal Bld ) <br> 1 Federal Drive, Room 156 ) <br> Fort Snelling, Mn.  55111-4050 ) <br>  ) <br> Defendant, et, al. ) | Case No. _____ <br><br> MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS |

I <u>Karal Hasani Efia Battle-El,</u> declare that I am the Plaintiff in this action, In support of my request to proceed without pre-payment of fees or security under <u>28 U.S.C. §1915,</u> I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I am entitled to redress.

IN FURTHER SUPPORT OF THIS APPLICATION, I STATE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. That I have been unemployed since 01/24/07.
2. Merit Transportation is name of last employer and gross wages for 2006, was $35,234.00.
3. In the past twelve months I've received no monies other than unemployment insurance which was about $1,096.00, per month and stopped as of 08/07.
4. I do not have any checking accounts.
5. I do not have any saving/IRA/money market/CDS" separate from checking accounts.
6. I own a 1993 chevy station wagon, worth about $1,600.00.
7. I do not own any real estate, stocks, bonds, securities, or any other valuable property.
8. Persons who are dependent on me for support are a three year old son, and a year and a half old daughter.
9. Other debts and current obligations are:
   a. Son's child support amount of $419.00 per month.
   b. I.R.S. in the amount of $1,400.00.
   c. Veteran's Administration for disability pension in the amount of $2,267.00.
   d. rent for appartment is $825.00 per month.
   e. insurance of station wagon is $199.00, per three months.
10. I do not have any other assets of items of value ( specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, artwork, or any other assets, ( including any items of value held in someone else's

name). I was a homeless veteran seven years ago.

11. My daughter's mother Ms. Michelle Williams is helping hold down the fort whild I seek redress in the Courts.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT AND UNDERSTAND THAT A FALSE STATEMENT HEREIN MAY RESULT IN THE DISMISSAL OF MY CLAIMS.

_____          12/9/07
Karal Hasani Efia Battle-El              date