UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAL HASANI EFIA BATTLE-EL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF VETERANS AFFAIRS,<br><br>　　　　　Defendant. | Civil No. 07cv2376-L(JMA)<br><br>**ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* [doc. #2] and DIRECTING U.S. MARSHAL TO EFFECT SERVICE OF PROCESS** |

　　　Plaintiff, appearing without counsel, has submitted a civil complaint against the Department of Veterans Affairs and has also filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.

　　　Plaintiff is currently unemployed and has been unemployed since January 24, 2007, receives no money from other sources, and does not have a checking or savings account.  The only asset plaintiff has of value is a 1993 Chevy station wagon.  Plaintiff states that his "daughter's mother . . . is helping hold down the fort whil[e] I seek redress in the Courts." (Motion and Declaration at 2).  Given these circumstances, the Court grants plaintiff's request to proceed *in forma pauperis*.

　　　The Court hereby orders as follows:

　　　(1) The request to proceed *in forma pauperis* is **GRANTED**.

　　　(2) The United States Marshal shall serve a copy of the complaint, summons, and order

granting leave to proceed *in forma pauperis* upon defendant[1] as directed by plaintiff on U.S. Marshal Form 285. All costs of service shall be advanced by the United States.

(3) Plaintiff shall serve upon defendant or, if appearance has been entered by counsel, upon defendant's counsel, a copy of every further pleading or document submitted for consideration by the Court. Plaintiff shall include with the original paper to be filed with the clerk of the court a certificate stating the manner in which a true and correct copy of any document was served on defendant or counsel for defendant and the date of service. Any paper received by a district judge or a magistrate judge that has not been filed with the Clerk of the Court or which fails to include a certificate of service will be disregarded by the Court.

**IT IS SO ORDERED.**

DATED: December 21, 2007

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

---

[1] Plaintiff's attention is directed to Federal Rule of Civil Procedure 4(i) which concerns service of process on the United States and its Agencies, Corporations, Officers or Employees.4