# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Karal Hasani Efia Battle-El | 07-CV-2376-L(JMA) |

FILED 2008 JAN 23 PM 2:16

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Dept. of Vet. Affairs Debt Mang. Center | Summons (service) |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Department of Veteran's Affairs, Debt Management Center, Bishop Henry Whipple Federal Building

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1 Federal Drive, Room 156, Fort Snelling, Mn. 55111-4050

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, CA. 92105

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (619)993-7811
DATE: 12/27/07

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 98 | District to Serve No. 41 | Signature of Authorized USMS Deputy or Clerk | Date 12/27/07 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 1-9-08
Time: am / pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | 16- | 16- | | |

REMARKS: 12/27/07- Forwarded in JDIS (041). Mailed S&C to district (041)
1/8/08 cert mail

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery DEC 09 2008 |
| 1. Article Addressed to:<br><br>DEPT OF VETERANS AFFAIRS<br>DEBT MANAGEMENT CENTER<br>BISHOP HENRY WHIPPLE FEDERAL BLDG<br>1 FEDERAL DR – ROOM 156<br>FORT SNELLING, MN 55111-4050 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>Express Mail<br>Return Receipt for Merchandise<br>C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0810 0001 4194 7099 |

PS Form 3811, February 2004    Domestic Return Receipt    07-2376    102595-02-M-1540

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Karal Hasani Efia Battle-El

vs

Department of Veteran's Affairs Debt
Management Center
Bishop Henry Whipple Federal Bld
1 Federal Drive, Room 156
Fort Snelling, MN 55111-4050

**SUMMONS IN A CIVIL ACTION**
Case No.    07-CV-2376-L (JMA)

TO: (Name and Address of Defendant)

```
Department of of Veteran's Affairs debt
Management Center
Bishop Henry Whipple Federal Bld.
1 Federal Drive, Room 156
Fort Snelling, MN. 55111-4050
```

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Karal Hasani Efia Battle-El
Pro Se
2985 Euclid Ave., #22
San Diego, CA 92105
(619) 993-7811

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
Clerk of Court

By, Deputy Clerk    M. Jenkins

December 21, 2007
DATE