```
FILED
08 MAR 14 AM 11:20
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:          CP          DEPUTY
```

1  Karal Hasani Efia Battle-El
   2985 Euclid Ave. #22
2  San Diego, CA.    92105
   (619) 993-7811
3

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karal Hasani Efia Battle-El<br>2985 Euclid Ave. #22<br>SAn Diego, Ca.   92105 | Case  07-CV-2376 L JMA |
| Plaintiff, in pro se. | Judge |
| vs | |
| Department of Veteran's Affairs<br>Debt Management Center<br>Bishop Henry Whipple Federal Bld.<br>1 Federal Drive, Room 156<br>Fort Snelling, MN.  55111-4050 | REQUEST TO CLERK FOR ENTRY<br>OF DEFAULT |
| ~~Defendant, et, al.~~ | |

DEAR CLERK:

Please enter the Default of the Defendants pursuant to Rule 55(a), of the Federal Rules of Civil Procedure for their failure to plead or otherwise defend as appears from the attached Declaration.

1   Defendant's failure to plead, answer or otherwise
2   defend in the cause is required by law.
3   Plaintiff cites 28 U.S.C.A. §1746, in support of
4   said declaration/affidavit in support of request to Clerk
5   for Entry of Default.
6
7   Respectfully submitted,
8   _____
    Plaintiff in pre se.                    03/2/08
9   Karal Hasani Efia Battle-El             _____
    2985 Euclid Ave. #22                    Date
10  San Diego, CA.    92105
    (619) 993-7811
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

1  Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
2  San Diego, Ca.   92105
   (619) 993-7811
3

4

5

6

7

8
                UNITED STATES DISTRICT COURT
9
              SOUTHERN DISTRICT OF CALIFORNIA
10

11

12 Karal Hasani Efia Battle-El              07-CV-2376 L JMA
   2985 Euclid Ave. #22           Case: _____
13 San Diego, CA.   92105

14      Plaintiff, in pro se.     Judge: _____

15            vs
                                  DECLARATION OF FAILURE
16 Department of Veteran's Affairs TO PLEAD OR OTHERWISE DEFEND
   Debt Management Center         IN SUPPORT OF APPLICATION
17 Bishop Henry Whipple federal Bld. FOR ENTRY OF DEFAULT
   1 Federal Drive , Room 156
18 Fort Snelling, MN.  55111-4050

19      Defendant, et,. al.

20

21

22      DEAR CLERK

23 Plaintiff, in pro se,  Karal Hasani Efia Battle-El  deposes

24 and says the following:

25      1.   That I am the Attorney of record and have personal

26 knowledge of the facts set forth in this Declaration.

2. Plaintiff on 12/19/07, filed in this cause a complaint against the Defendants.

3. Examination of the Court files and records in this cause shows that the Defendants were served with a copy of summons together with a copy of Plaintiff's complaint on 01/09/08.

4. More than 60 days have elapsed since the date on which the Defendants were served with summons and a copy of the Complaint.

5. The defendants have failed to answer or otherwise defend as to Plaintiff's Complaint, or serve a copy of any answer or other defense that they might have had, upon Planitiff in pro se.

6. This declaration is executed by me in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling the Plaintiff, in pro se, to obtain an Entry of Default against the Defendants, for their failure to answer or otherwise defend as to the Plaintiff's Complaint.

I, Karal Hasani Efia Battle-El declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

Plaintiff in pro se                             03/12/08
Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, CA. 92105