```
1  Karal Hasani Efia Battle-El
   2985 Euclid Ave. #22
2  San Diego, Ca.   92105
   (619) 993-7811
3
```



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Karal Hasani Efia Battle-El<br>2985 Euclid Ave. #22<br>San Diego, CA.   92105<br><br>Plaintiff, in pro se.<br><br>vs<br><br>Department of Veteran's Affairs<br>Debt Management Center<br>Bishop Henry Whipple federal Bld.<br>1 Federal Drive , Room 156<br>Fort Snelling, MN.  55111-4050<br><br>Defendant, et,. al. | Case: 07-CV-2376 L JMA<br><br>Judge: _____<br><br><u>DECLARATION OF FAILURE<br>TO PLEAD OR OTHERWISE DEFEND<br>IN SUPPORT OF APPLICATION<br>FOR ENTRY OF DEFAULT</u> |
|---|---|

DEAR CLERK

Plaintiff, in pro se, <u>Karal Hasani Efia Battle-El</u> deposes and says the following:

   1.   That I am the Attorney of record and have personal knowledge of the facts set forth in this Declaration.

2. Plaintiff on 12/19/07, filed in this cause a complaint against the Defendants.

3. Examination of the Court files and records in this cause shows that the Defendants were served with a copy of summons together with a copy of Plaintiff's complaint on 01/09/08.

4. More than 60 days have elapsed since the date on which the Defendants were served with summons and a copy of the Complaint.

5. The defendants have failed to answer or otherwise defend as to Plaintiff's Complaint, or serve a copy of any answer or other defense that they might have had, upon Planitiff in pro se.

6. This declaration is executed by me in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling the Plaintiff, in pro se, to obtain an Entry of Default against the Defendants, for their failure to answer or otherwise defend as to the Plaintiff's Complaint.

I, Karal Hasani Efia Battle-El declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

Plaintiff in pro se
Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, CA. 92105

03/12/08

MIME-Version:1.0 From:efile_information@casd.uscourts.gov To:casd.uscourts.gov Bcc: Message-Id:<2378857@casd.uscourts.gov>Subject:Activity in Case 3:07-cv-02376-L-JMA Battle-El v. Department of Veteran's Affairs Debt Management Center Summons Returned Executed as to USA Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

### Southern District of California

**Notice of Electronic Filing**

The following transaction was entered on 1/23/2008 at 3:05 PM PST and filed on 1/23/2008

| | |
|---|---|
| **Case Name:** | Battle-El v. Department of Veteran's Affairs Debt Management Center |
| **Case Number:** | 3:07-cv-2376 |
| **Filer:** | Karal Hasani Efia Battle-El |
| **Document Number:** | 5 |

**Docket Text:**
SUMMONS Returned Executed by Karal Hasani Efia Battle-El. Department of Veteran's Affairs Debt Management Center served on 1/9/2008, answer due 3/10/2008. (mjj)

**3:07-cv-2376 Notice has been electronically mailed to:**
U S Attorney CV Efile.dkt.civ@usdoj.gov

**3:07-cv-2376 Notice has been delivered by other means to:**
Karal Hasani Efia Battle-El
2985 Euclid Ave #22
San Diego, CA 92105

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=1/23/2008] [FileNumber=2378855-0
] [75396f23bfcbe77f031f6839f77224767d9604bbcd70abbe3d1ecc266b0f09d097d
bdffc14774e0b0cf1fd3c49e561ea0a4b2d272d6d39e5adb990a4b3f1d11f]]