```
FILED
08 MAR 14 AM 11:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:     CP         DEPUTY
```

1  Karal Hasani Efia Battle-El
2  2985 Euclid Ave. #22
   San Diego, CA.      92105
3  (619) 993-7811

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karal Hasani Efia Battle-El<br>2985 Euclid Ave. #22<br>San Diego, CA. 92105<br><br>Plaintiff, in pro se<br><br>vs<br><br>Department of Veteran's Affairs<br>Debt Management Center<br>Bishop Henry Whipple Federal Bld.<br>1 Federal Drive, Room 156<br>Fort Sbekkubgm MN. 55111-4050<br><br>Defendant, et,. al. | Case: 07-CV-2376 L JMA<br><br>Judge: _____<br><br>PROOF OF SERVICE<br>DECLARATION OF SERVICE<br><br>Type/location of service<br>4193 _University Ave_<br>_SD, CA. 92105_<br><br>Date served:<br>_3/13/08_ |

I, the undersigned declare under penalty of perjury that I am over the age of eithteen years and not a party to this action; that I served the above named person(s) the following documents:

(1) _REQUEST TO CLERK FOR ENTRY OF DEFAULT._

(2) _DECLARATION OF FAILURE TO PLEAD OR OTHERWISE_
    _DEFEND IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT._

1  I, the undersigned declare under penalty of perjury that
2  I served the aforesaid document(s) in the following manner:
3  BY placing a copy in a separate envelope, with prepaid
4  postage for each addresas named below and depositing each in
5  the U.S. MAILS at San Diego, Ca,. on the date: _13+H_

6
7  Dept. of Veterans Affairs
   Debt Management Center
   Bishop Henry Whipple Federal Bldg.
8  1 Federal Dr. - Room 156
9  Fort Snelling, MN. 55111-4050

10
11  Executed on __3/13__ 2008, at San Diego, California.
12
13  Name: _THEODORE WALKER_
14  Address: _2985 EUCLID AVE #30_
15  _SD, CA. 92105_
16  Phone No: _(619) 787-3523_