```
 1  Karal Hasani Efia Battle-El
    2985 Euclid Ave. #22
 2  San Diego, CA.  92105
    (619)993-7811
 3
 4
 5
 6
 7
 8
                    UNITED STATES DISTRICT COURT
 9
                   SOUTHERN DISTRICT OF CALIFORNIA
10
11
12  Karal Hasani Efia Battle-El
    2985 Euclid Ave. #22
13  San Diego, CA.  92105            Case No. 07-CV-2376 L JMA

14       Plaintiff, in pro se.       Judge: Honorable M. James
                                            Lorenz
15          -vs-
                                     File Date: 12/19/07
16  Department of Veteran's Affairs
    Debt Management Center           First request date: 03/14/
17  Bishop Henry Whipple Federal Bld.                     08
    1 Federal Drive, room 156
18  Fort Snelling, MN.  55111-4050
                                     REQUEST TO CLERK FOR AN
19       Defendant, et,.al.          ENTRY OF DEFAULT

20
21     Dear Clerk:

22  Please enter the  Default of the Defendants pursuant to Rule

23  55(a), of the Federal Rules of Civil Procedure for their

24  failure to plead or otherwise defend as appears from the

25  attached declaration.  Defendant's failure to plead, answer or

26  otherwise defend in the cause is required by law and Court Rules.
```

FILED
08 APR -7 PM 2:56
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

On 03/24/08, this Court entered an order denying request for entry of default without prejudice (doc. #6). In accordance with that Court Order Plaintiff files the Motion herein under F.R.C.P. 4(i)(1)(A)(i) and (ii), 4(i)(1)(B), and 4(i)(2) i.e. " Request to Clerk for an Entry of Default ".

Plaintiff cites 28 U.S.C.A. §1746, in support of his Declaration in support of said request to Clerk for Entry of Default attached hereto.

Respectfully submitted,

_[signature]_
Plauntiff in pro se
Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, CA. 92105

04/07/08
date