Karal Hasani Efia Battle-El
2985 Eiclid Ave. #22
San Diego, CA. 92105
(619) 993-7811

FILED
08 APR -7 PM 2:56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Karal Hasani Efia Battle-El
2985 Euclid Ave. #22
San Diego, CA. 92105

Plaintiff, in pro se.

-vs-

Department of Veteran's Affairs
Debt Managemnt Center
Bishop Henry Whipple Federal Bldg.
1 Federal Dr. Room 156
Fort Snelling, MN. 55111-4050

Defedndant, et,. al.

Case No. 07-CV-2376 L JMA

Judge: Hon. M. James Lorenz

File date: 12/19/07

DECLARATION OF FAILURE TO PLEAD OR OTHERWISE DEFEND IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT

DEAR CLERK:

I KARAL HASANI EFIA BATTLE-EL, Plaintiff in pro se, deposes and says the following:

(1). That I am the Attorney of record and have personal knowledge of the facts set forth in this Declaration.

(2). Plaintiff on 12/19/07, filed in this cause a complaint

1  against the Defendants herein named.
2      (3). Examination of the Court files and records in this
3  cause ahows that the Defendants were served with a  copy of
4  summons together with a copy of Plaintiff's complaint on
5  01/09/08.
6      More than  60days  have elapsed since the date on
7  which the Defendants were served with summons and a copy of the
8  Complaint .
9      (4). The Defendants have failed to answer or otherwise
10 defend as to Plaintiff's Complaint, or serve a copy of any
11 answer or other defense that they might have had, upon Plaintiff
12 Karal Hasani Efia Battle-El, in pro se.
13     (5). On 03/14/08, a Request to Clerk for Entry of Default
14 was entered and denied  without prejudice by the Honorable M.
15 James lorenz, United States District Court Judge, for improper
16 service upon Defendants.
17     (6) And Defendants were notified via  Notice of Electronic
18 filing on 03/19/08, at 09:45 a.m. of the attempted Entry  of
19 of the Clerk's Default, yet time has elapsed once again, as of
20 todate.
21     (7). Plaintiff will and does respectfully submitt a second
22 Request for the Clerk to enter His default as to the Defendants
23 with copies by certified mail return receipt requested to all
24 in accordance with F.R.C.P. 4 (i)(1)(A)(i) and (ii),4(i)(1)(B),
25 and 4(i)(2).
26     This declaration is executed by me in accordance with Rule

55(a), of the Federal Ruls of Civil Procedure, for the purpose of enabling the Plaintiff, <u>Karal Hasani Efia Battle-El,</u> in pro se, to obtain an Entry of Default against the Defendants, the <u>Department of Veteran's Affairs,</u> Debt Managment Center of Fort Snelling, Minnesota, for their failure to answer or otherwise defend as the Plaintiff's Civil Complaint, as required by <u>Federal Statutes</u>, <u>Codes</u>, <u>Federal Law</u> and <u>Federal Court Rules</u>.

I, <u>Karal Hasani Efia Battle-El,</u> Plaintiff, in pro se, declare under penalty of perjury and the laws of the State of California, that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

*/s/ Karal Battle-El*
Plaintiff in pro se
Karal Hasani Efia Battle-El
2985 Euclid Ave. $22
San Diego, CA. 92105

04/07/08
date

PROOF OF SERVICE BY CERTIFIED MAIL

RETURN RECEIPT REQUESTED

1. I am over _18_ years of age and not a party to this action.

2. I am a resident of San Diego, California, County of San Diego.

3. On _04/07/08_ I mailed from the United States Post Office located in San Diego, California, at _4193 UNIVERSITY AVE_ by certified mail return receipt requested No. _7007 2560 0002 4208 5504_ copies of the following documents:

   (1) REQUEST FOR CLERK'S ENTRY OF DEFAULT
   (2) DECLARATION / PROOF OF SERVICE

4. The documents that are listed are attached to this Proof of Service by Certified Mail Return Receipt Requested. TO:

   DEPT. OF VET. AFF. DEBT MAN. CENTER
   BISHOP HENRY WHIPPLE BLDG. 1 FED. DR. RM 156
   FORT SNELLING, MN. 55111-4050

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Date: _04/07/08_

Sign/Print: _[signature]_

Name: _KARL H. E. BOTTLER_
Addr: _2985 EUCLID AVE #22_
      _SAN DIEGO, CA 92105_
Phone: _(619) 993-7811_
Work: _____

PROOF OF SERVICE BY CERTIFIED MAIL

RETURN RECEIPT REQUESTED

1. I am over __18__ years of age and not a party to this action.

2. I am a resident of San Diego, California, County of San Diego.

3. On __04/07/08__ I mailed from the United States Post Office located in San Diego, California, at __4493 UNIVERSITY AVE.__ by certified mail return receipt requested No. __7007 2560 0002 4708 5528__ copies of the following documents:
   (1) CIVIL COMPLAINT # 07 CV 2376 L JMA
   (2) COPY OF SUMMONS
   (3) REQUEST FOR CLERK'S ENTRY OF DEFAULT
   (4) DECLARATION AND PROOF OF SERVICE

4. The documents that are listed are attached to this Proof of Service by Certified Mail Return Receipt Requested. TO:
   UNITED STATES ATTORNEY GENERAL
   441 4TH ST. N.W. SUIT. 1060 N.
   WASHINGTON, DC. 20001

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BEFIEF.

Date: 04/07/08

Sign/Print: [signature]

Name: SARAL A.E. BATTIE EL
Addr: 2985 EUCLID AVE #22
      SAN DIEGO CA 92105
Phone: 619-993-7811
Work: ____

## PROOF OF SERVICE BY CERTIFIED MAIL

### RETURN RECEIPT REQUESTED

1. I am over __18__ years of age and not a party to this action.

2. I am a resident of San Diego, California, County of San Diego.

3. On __04/07/08__ I mailed from the United States Post Office located in San Diego, California, at __4193 UNIVERSITY AVE.__ by certified mail return receipt requested No. __7007 2560 0002 4708 5511__ copies of the following documents:
   1) CIVIL COMPLAINT # 07-CV-2376 L JMA
   2) COPY OF SUMMONS
   3) REQUEST FOR CLERK'S ENTRY OF DEFAULT
   4) DECLARATION AND PROOF OF SERVICE

4. The documents that are listed are attached to this Proof of Service by Certified Mail Return Receipt Requested. TO:
   U.S. ATTORNEY'S OFFICE FOR SOUTHERN DISTRICT OF CA.
   CIVIL PROCESS CLERK
   880 FRONT ST, RM 4290
   SAN DIEGO, CA 92101-8900

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Date: __04/07/08__

Sign/Print: _[signature]_

Name: __KAROL WEBATT-EL__
Addr: __2985 EUCLID AVE #22__
__SAN DIEGO, CA 92105__
Phone: __(619) 993-7811__
Work: _____