```
                                                    FILED

1  Karal Hasani Efia Battle-El              08 APR 15 PM 3:31
   2985 Euclid Ave. #22
2  San Diego, CA.  92105                    CLERK, U.S. DISTRICT COURT
   (619) 993-7811                           SOUTHERN DISTRICT OF CALIFORNIA
3
                                            BY:              DEPUTY
4

5

6

7

8
                   UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10

11

12 Karal Hasani Efia Battle-El
   2985 Euclid Ave. #22
13 San Diego, CA.  92105         Case No:  07-CV-2376 L JMA

14      Plaintiff, in pro se     Judge: Hon. M. James Lorenz

15         -vs-                  File date: 12/19/07

16 Department of Veteran's Affairs   REQUEST
   Debt Management Center        MOTION FOR COURT TO EFFECT
17 Bishop Henry Whipple Fed. Bldg. SERVICE OF SUMMONS BY U.S.
   1 Federal Dr.  Room 156       MARSHAL (MARSHAL 285 FORMS)
18 Fort Snelling, MN. 55111-4050  UNDER 28 U.S.C. §1915(c),
                                  AND RULE 4 F.R.C.P.
19      Defendant, et., al.

20

21 TO THIS HONORABLE COURT:

22      NOW COMES, Plaintiff, in pro se, and Moves this

23 Honorable Court to Grant this a Motion to effect service,

24 and in support of said Motion states the following:

25      (1). That said entitled Civil Action was filed on

26 12/19/07 and granted leave to proceed in forma pauperis.
```

1  (2). Summons and Complaint were served on Defendnat
2  via U.S. Marshal, however Plaintiff did direct the U.S. Marshal
3  to also serve Summons and Coplaints on the <u>United States</u>
4  <u>Attorney's Office for the Southern District of California</u>, and
5  the <u>Attorney General of the United States in Washington, D.C.</u>,
6  at time of service directed on the Defendant.
7  Thus, the Plaintiff's attempts at a Clerk's entry of
8  default has been denied twice in a row. Plaintiff's apology.
9  (3). Herefore, in accordance with this Court's Order
10 dated <u>04/09/08,</u> the Plaintiff must make use of the United
11 States Marshal Service for service of process on the <u>United States</u>
12 <u>Attorney for the Sourthern District</u> and the <u>United States</u>
13 <u>Attorney General in Washington D.C.</u> to comply with Court Rule
14 <u>FED.R.Civ.P.,4(i)(1)(A)(i) and (ii), 4(i)(1)(B), and 4(I)(2).</u>
15 (4). The Plaintiff requires and request this Court
16 to effect service <u>(IFP Packet for (3))</u> of summons and complaints
17 and Marshal service forms for <u>(3).</u>
18
19 WHEREFORE Plaintiff Prays this Honorable Court
20 Grant the above entitled Motion for Court to Effect service of
21 summons by U.S. Marshal under <u>28 U.S.C. §1915(c) and Rule 4,</u>
22 of the Federal Rules of Civil Procedure.
23 Respectfully submitted,
24 *[signature]*
25 Karal Hasani Efia Battle-El
   Plaintiff, in pro se
26 2985 Euclid Ave. #22
   San Diego, CA. 92105