```
1  Karal Hasani Efia Battle-El
   2985 Euclid Ave. #22
2  San Diego, CA.  92105
   9619) 993-7811
3
```

FILED
08 APR 15 PM 3:31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:           DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| Karal Hasani Efia Battle-El<br>2985 Euclid Ave. #22<br>San Diego, CA.  92105<br><br>Plaintiff, in pro se<br><br>-vs-<br><br>Department of Veteran's Affairs<br>Debt Management Center<br>Bishop Henry Whipple Fed. Bldg.<br>1 Federal Dr.  Room 156<br>Fort Snelling, MN.  55111-4050<br><br>Defendant, et., al. | Case No:  07-CV-2376 L JMA<br><br>Judge: Hon. M. James Lorenz<br><br>File date:  12/19/07<br><br>NOTICE OF MOTION, REQUEST FOR COURT TO EFFECT SERVICE OF SUMMONS BY U.S. MARSHAL (MARSHAL 285 FORMS ), 28 U.S.C. §1915(c), AND RULE 4. F.R.C.P., AND MEMORANDUM OF POINTS AND AUTHORITIES. |
|---|---|

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE, The above entitled cause should be heard by said Court or as soon as thereafter as the Court deems just the following Motion for Court to effect service of Summons by U.S. Marshal.

Respectfully submitted,

Karal Hasani Efia Battle-El

PROOF OF SERVICE BY U.S. MAIL

1. I am over 18 years of age and not a party to this action.

2. I am a resident of San Diego, California, County of San Dieg..

3. on 04/15/08 , I mailed from the United States Post Office located in San Diego, California, the following documents.

   Notice of ~~Motion~~ REQUEST, ~~Motion~~ for Court to effect Service of summons by U.S. Marshal and Memorandum of Points and Authorities.

4. The documents that are listed are attached to this Proof of Service were mailed to:

   Department of Veteran's Affairs
   Debt Management Center
   Bishop Henry Whipple Fed. Bldg.
   1 Federal Dr. Room 156
   Fort Snelling, MN. 55111-4050

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE: 4-15-08
Print: Michelle Williams
sign: Michelle Williams
addr: 2935 Euclid Ave Apt #22 San Diego, CA 92105
phone: (619) 209-9757
work: (619) 282-1885