```
1  Karal Hasani Efia Battle-El
   2985 Euclid Ave. #22
2  San Diego, CA. (2105
   (619) 993-7811
3
```

FILED
08 APR 15 PM 3:31
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karal Hasani Efia Battle-El<br>2985 Euclid Ave. #22<br>San Diego, CA. 92105<br><br>Plaintiff, in pro se<br><br>-vs-<br><br>Department of Veteran's Affairs<br>Debt Management Center<br>Bishop Henry Whipple Fed. Bldg.<br>1 Federal Dr. Room 156<br>Fort Snelling, MN. 55111-4050<br><br>Defendnats et,.al. | Case No. 07-CV-2376 L JMA<br><br>Judge: Hon. M. James Lorenz<br><br>File date: 12/19/07<br><br>MEMORANDUM OF POINTS<br>AND AUTHORITIES IN<br>SUPPORT OF MOTION FOR<br>COURT TO EFFECT SERVICE. |

Plaintiff has attempted entries of default by Clerk, without proper service to all parties. Plaintiff cites <u>Robinson v America's Best contacts and Eyeglasses</u>, 876 F.2d 596 (CA7 1989), and <u>Puett v Blandford,</u> 912 F2d 270 (1990), in that a pro se Plaintiff proceeding in forma pauperis is entitled to rely on the U.S, Marshal for service of the Summons and Complaint

1  and, to rely on the Court Clerk to perform the duties
2  required under 28 U.S.C. §1915(c) and Rule 4, of the Federal
3  Rules of Civil Procedure.
4
5  Respectfully submitted,
6
7  Karal Hasani Efia Battle-El
   2985 Euclid Ave. #22
8  San Diego, CA.  92105
   (619) 993-7811
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26