UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAL HASANI EFIA BATTLE-EL,<br><br>  Plaintiff,<br><br>v.<br><br>DEPARTMENT OF VETERANS AFFAIRS,<br><br>  Defendant. | Civil No. 07cv2376-L(JMA)<br><br>**ORDER GRANTING REQUEST FOR FORMS AND SERVICE BY U.S. MARSHAL** [doc. #11] |

On April 15, 2008, plaintiff, appearing *pro se* and *in forma pauperis*, filed a notice of motion, motion[1] for court to effect service of summons by U.S. Marshal (Marshal 285 Forms) . . . ." The Court construes plaintiff's filing as a request for another IFP service packet to be sent to him so that service of a copy of the summons and the complaint on the United States Attorney for the Southern District of California and on the Attorney General of the United States at Washington, D.C. may be effectuated. *See* FED. R. CIV. P. 4(i)(1)(A)(i) and (ii), 4(i)(1)(B), and 4(i)(2). *See* Order filed March 24, 2008 [doc. #8]; April 9, 2008 [doc. #10].

Based on the foregoing, the Clerk of the Court is directed to resend the IFP packet with

---

[1] Plaintiff is advised that notwithstanding his *pro se* status, he is expected to comply with the Federal Rules of Civil Procedure and the Civil Local Rules. To that end, plaintiff's attention is directed to Civil Local Rule 7.1.b: "All hearing dates for any matters on which a ruling is required shall be obtained from the clerk of the judge to whom the case is assigned." Here, plaintiff has attempted to file a motion without first obtaining a hearing date from chambers. Any further failure to obtain a hearing date prior to the filing of a motion will likely result in the strike of the motion.

1  the appropriate number of summons and Marshal 285 Forms to plaintiff at his address on record.

2  **IT IS SO ORDERED.**

3  DATED: April 17, 2008

4  _____
   M. James Lorenz
5  United States District Court Judge

6  COPY TO:

7  HON. JAN M. ADLER
   UNITED STATES MAGISTRATE JUDGE
8

9  ALL PARTIES/COUNSEL