AO 440 (Rev 5/85) Summons in a Civil Action

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Karal Hasani Efia Battle-El | **ALIAS** |
| vs | **SUMMONS IN A CIVIL ACTION** |
| Department of Veteran's Affairs Debt Management Center<br>Bishop Henry Whipple Federal Bld<br>1 Federal Drive, Room 156<br>Fort Snelling, MN 55111-4050 | Case No.   07-CV-2376-L (JMA) |

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

   Karal Hasani Efia Battle-El
   Pro Se
   2985 Euclid Ave., #22
   San Diego, CA 92105
   (619) 993-7811

   An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | April 17, 2008 |
|---|---|
| Clerk of Court | DATE |
| s/ M. Jenkins | |
| By M. Jenkins, Deputy Clerk | |

AO 440 (Rev 5/85) Summons in a Civil Action

| **RETURN OF SERVICE** ||
|---|---|
| Service of the Summons and Complaint was made by me | DATE |
| NAME OF SERVER | TITLE |
| Check one box below to indicate appropriate method of service ||
| ☐ Served personally upon the defendant. Place where served: ||
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein: ||
| Name of person with whom the summons and complaint were ||
| ☐ Return unexecuted: ||
| ☐ Other (specify): ||

| **STATEMENT OF SERVICE FEES** ||||
|---|---|---|---|
| TRAVEL | | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service Fees is true and correct.

Executed on: _____   _____
                       Date                                    Signature of Server

                                                      _____
                                                      Address of Server

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES ON FORM 1A AVAILABLE IN THE CLERK'S OFFICE, CONDUCT ANY OF ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. <u>COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.</u>

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE UNLESS THE PARTIES AT THE TIME OF THEIR CONSENT TO TRIAL BEFORE A MAGISTRATE AGREE UPON REVIEW BY THE UNITED STATES DISTRICT COURT.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure                     summons.frp