# U.S. Department of Justice
# United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** KARAL H. E. BATTLE EL | **COURT CASE NUMBER** 07-CV-2376 L JMA |
| **DEFENDANT** DEPARTMENT OF VETERANS AFFAIRS | **TYPE OF PROCESS** SERVICE OF SUMMONS |

FILED 2008 APR 30 AM 9:12 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DEPT. OF VET'S AFF, DEBT. MANG. CEN, BISHOP HENRY WHIPPLE FED. BLDG.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 1 FEDERAL DR., RM. 156 FORT SNELLING, MN. 55111-4050

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

KARAL H. E. BATTLE EL
2985 EUCLID AVE, #22
SAN DIEGO, CA 92105

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 619 993 7811
DATE: 04/21/08

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk A. Scott | Date 4/22/08 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service / Time / am / pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 04/22/08 - mailed S&C certified mail.
04/29/08 - rec'd return receipt. Copy to court and plaintiff

| | | |
|---|---|---|
| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dept of Veteran Affairs
   Regional Office
   Federal Dr., Rm 154
   + Building
   Ft. Snelling MN
   55111-4050

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Jane A Travis_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Jane A Travis
C. Date of Delivery: APR 2 5 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7004 1160 0006 7743 5757

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540