# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Karal N.E. Battle El | 07-CV-2376 L JMA |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Department of Veteran's Affairs | Service of Summons |

FILED 2008 MAY 13 AM 9:12 SOUTHERN DISTRICT OF CALIFORNIA BY_____ DEPUTY

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

United States Attorney General

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

441 4th Street N.W. Suite 1060 N. Washington, D.C. 20001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

202-727-3400
Karal N.E. Battle El
2985 Euclid Ave #22
San Diego CA 92105

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

U.S. Attorney General
(202) 727-3400

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 619 993 7811
DATE: 04/21/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk  QScott | Date 4/22/08 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service / Time am/pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 04/22/08 - mailed S+C certified mail
05/12/08 - Rec'd return receipt. Copy to court and plaintiff

**PRIOR EDITIONS MAY BE USED**   1. CLERK OF THE COURT   FORM USM-285 (Rev. 12/15/80)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

USAHN General
141 4th Street N.W.
Suite 1600 N.
Washington DC 20001

07CV2376

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   MAY 07 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number  7004 1160 0006 7743 5740
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karal Hasani Efia Battle-El <br><br> vs <br><br> Department of Veteran's Affairs Debt Management Center <br> Bishop Henry Whipple Federal Bld <br> 1 Federal Drive, Room 156 <br> Fort Snelling, MN 55111-4050 | ALIAS <br><br> SUMMONS IN A CIVIL ACTION <br> Case No.   07-CV-2376-L (JMA) |

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Karal Hasani Efia Battle-El
Pro Se
2985 Euclid Ave., #22
San Diego, CA 92105
(619) 993-7811

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
Clerk of Court

By M. Jenkins, Deputy Clerk

April 17, 2008
DATE

AO 440 (Rev 5/85) Summons in a Civil Action