1  KAREN P. HEWITT
   United States Attorney
2  MEGAN CALLAN
   Assistant U.S. Attorney
3  California State Bar No. 230329
   U.S. Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7120
   Fax: (619) 557-5004
6  Email: Megan.Callan@usdoj.gov

7  Attorneys for the Defendants

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 Karal Hasani Efia Battle-El,        )   Civil No. 07cv2376-L (JMA)
11                                     )
                Plaintiff,              )   NOTICE OF MOTION AND MOTION BY
12                                     )   DEFENDANT TO DISMISS
          v.                            )
13                                     )   [Fed.R.Civ.P. 12(b)(1)]
   Department of Veteran Affairs,       )
14                                     )   Date:  July 21, 2008
                                        )   Time:  10:30 am
15              Defendant.              )   Court: 14
   _____ )   The Honorable M. James Lorenz
16

17 **To Plaintiff pro se**:

18      Please take notice that on the date set forth above or as soon as counsel may be heard, in the

19 courtroom of the Honorable M. James Lorenz, federal defendant, through its attorneys of record, Karen

20 P. Hewitt, United States Attorney, and Megan Callan, Assistant U.S. Attorney, will bring on their

21 motion to dismiss the instant complaint pursuant to Federal Rules of Civil Procedure 12(b)(1).

22      This motion for dismissal without prejudice is based on the grounds that Plaintiff has not

23 established subject matter jurisdiction.

24 //

25 //

26 //

27 //

28 //

1     This motion is based on this notice, the accompanying Memorandum of Points and Authorities,
2 Plaintiff's Complaint, the Court's files and records in this and pending related actions, and any other
3 matter the court may consider at oral argument or otherwise.
4 //

5 Dated: May 29, 2008                Respectfully submitted,
                                           KAREN P. HEWITT
6                                                United States Attorney

7                                                s/ Megan Callan

8                                                MEGAN CALLAN
                                               Assistant U.S. Attorney
9                                                Attorneys for Defendants

10                                              Email: Megan.Callan@usdoj.gov

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28