# EXHIBIT A

KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California State Bar No. 230329
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7120
Fax: (619) 557-5004
Email: Megan.Callan@usdoj.gov

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karal Hasani Efia Battle-El,<br><br>            Plaintiff,<br><br>v.<br><br>Department of Veteran Affairs,<br><br>            Defendant. | Civil No. 07cv2376-L (JMA)<br><br>DECLARATION OF MEGAN CALLAN |

I, Megan Callan, declare the following to be a true and correct statement of facts:

1)    I am an Assistant U.S. Attorney in the Civil Division of the United States Attorney's Office for the Southern District of California, United States Department of Justice. I am assigned primary responsibility for the defense of the above-captioned matter.

2)    In addition, my official duties include serving as a FOIA Contact Officer for the United States Attorney's Office for the Southern District of California. In this capacity, my official duties include: review of records requested under FOIA and DOJ Regulation, 28 C.F.R. § 16.3 et seq., as well as defense of federal agencies' positions in litigating challenges to agency actions.

3)    My official duties also include: reviewing requests for records sought from the Southern District of California; reviewing request-related correspondence; reviewing searches performed in response to requests; and reviewing responses made to those requests.

//

4) The statements that follow are made on the basis of my own personal knowledge and the information I acquired in performing my official duties.

5) I requested, through agency counsel, that the Freedom of Information Act ("FOIA") Officer for the Department of Veterans Affairs, Debt Management Center, search records of FOIA requests to determine whether (and if so, when) Plaintiff in this matter made a FOIA request for records to the Department of Veterans Affairs.

6) I am informed through counsel that the Department of Veterans Affairs, Debt Management Center, has received no FOIA request from Mr. Battle-El for as far back as the agency maintains records of FOIA requests. I am also informed that FOIA request records are maintained for at least six years, if not longer.

7) I am informed through counsel that the Department of Veterans Affairs, Debt Management Center, has no record of a FOIA request from Mr. Battle-El for records discussed in the Complaint in the above-captioned matter.

8) On the basis of the foregoing, it appears that Plaintiff has not made an administrative request for records described in the Complaint in the above-captioned matter.

I declare under the laws of the United States that the foregoing is true and correct.

Executed on May 29, 2008.

Megan Callan
Assistant U.S. Attorney