1  KAREN P. HEWITT
   United States Attorney
2  MEGAN CALLAN
   Assistant U.S. Attorney
3  California State Bar No.  230329
   U.S. Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7120
   Fax: (619) 557-5004
6  Email: Megan.Callan@usdoj.gov

7  Attorneys for the Defendants

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10  Karal Hasani Efia Battle-El,            )      Civil No. 07cv2376-L (JMA)
                                            )
11                    Plaintiff,            )
                                            )
12           v.                             )
                                            )      CERTIFICATE OF SERVICE
13  Department of Veteran Affairs,          )
                                            )
14                                          )
                      Defendant.            )
15                                          )
   _____

16

17       IT IS HEREBY CERTIFIED THAT:

18       I, the undersigned, am a citizen of the United States and am at least eighteen years of age.
    My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
19
         I am not a party to the above-entitled action.  I have caused service of:
20
         **1) Notice of Motion and Motion by Defendant to Dismiss;**
21       **2) Memorandum of Points and Authorities in Support of Motion by Defendants to
         Dismiss**
22
    on the following party by electronically filing the foregoing with the clerk of the District Court using
23  it's ECF filing system, which electronically provides notice.  In addition, I have caused the above to
    be placed in the custody of the United States Postal Service for service by U.S. Postal Service to the
24  last known address:

25       Karal Hasani Efia Battle-El
         2985 Euclid Ave., # 22
26       San Diego, CA 92105

27       I declare under penalty of perjury that the foregoing is true and correct.

28       Executed on May 29, 2008.

                                    s/ Megan Callan
                                    Megan Callan