1  KAREN P. HEWITT
   United States Attorney
2  MEGAN CALLAN
   Assistant U.S. Attorney
3  California State Bar No.  230329
   U.S. Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7120
   Fax: (619) 557-5004
6  Email: Megan.Callan@usdoj.gov

7  Attorneys for the Defendant

8
                 UNITED STATES DISTRICT COURT
9
              SOUTHERN DISTRICT OF CALIFORNIA
10

11  Karal Hasani Efia Battle-El,        )    Civil No. 07cv2376-L (JMA)
                                         )
12              Plaintiff,               )
                                         )    EX PARTE APPLICATION TO NUNC PRO
13       v.                              )    TUNC CORRECT DEFENDANT'S
                                         )    MOTION TO DISMISS AND SUPPORTING
14  Department of Veteran Affairs,       )    DOCUMENTS
                                         )
15              Defendant.               )
    _____)
16

17       On this day, May 28, 2008, Defendant filed with the Court its Notice of Motion and Motion by

18  Defendant to Dismiss, Memorandum of Points and Authorities Supporting Defendant's Motion to

19  Dismiss, Exhibit A Supporting Defendant's Motion to Dismiss and a Certificate of Service regarding

20  Defendant's Motion to Dismiss.  [Doc. no. 17]  Each of the above documents, averments, pleadings, or

21  briefings bore the incorrect date, May 29, 2008.

22       Defendant now requests ex parte that the Court order nunc pro tunc that the date of the signature

23  on each of the Notice of Motion and Motion by Defendant to Dismiss, Memorandum of Points and

24  Authorities Supporting Defendant's Motion to Dismiss, Exhibit A Supporting Defendant's Motion to

25  Dismiss, and Certificate of Service be corrected to the date in fact, May 28, 2008.

26       Undersigned counsel unintentionally erred in dating the signatures and date of service on the

27  previously filed documents with tomorrow's date.  However, no prejudice will result to the Court or the

28  parties if the Court orders the correction of this date because the Court's electronic filing system

1   (CM/ECF) reflects that the documents were, in fact, filed on Wednesday, May 28, 2008.  *See* Doc. no.

2   17.  Moreover, Plaintiff will not be prejudiced because he will be served with the original incorrectly

3   dated documents, as well as this ex parte application notifying him of the error.  A nunc pro tunc entry

4   merely describes the inherent power of the Court to make its records speak the truth or to correct a

5   record at a later time.  *See Simmons v. Atlantic C.L.R. Co.*, 235 F. Supp. 325, 330 (E.D.S.C. 1964).  As

6   such, the Court is empowered to order that the previously filed documents, (Doc. no. 17), reflect the

7   correct date upon which they were in fact signed, filed, and served – May 28, 2008.  In addition, there

8   is legal authority for the Court to order the amendment of the prior filing because Fed. R. Civ. P. 15(b)

9   permits that pleadings be amended to conform to evidence and Rule 60(a) permits that clerical errors

10  in the record may be corrected by the Court.

11      Based upon the foregoing, Defendant respectfully requests that the Court order nunc pro tunc

12  that the date of the signature on each of the Notice of Motion and Motion by Defendant to Dismiss,

13  Memorandum of Points and Authorities Supporting Defendant's Motion to Dismiss, Exhibit A

14  Supporting Defendant's Motion to Dismiss, and Certificate of Service be corrected to the date in fact,

15  May 28, 2008.

16  Dated: May 28, 2008                         Respectfully submitted,
17                                              KAREN P. HEWITT
                                                United States Attorney
18
                                                s/ Megan Callan
19                                              _____
20                                              MEGAN CALLAN
                                                Assistant U.S. Attorney
21                                              Attorneys for Defendants

22                                              Email: Megan.Callan@usdoj.gov

23

24

25

26

27

28