KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California State Bar No.  230329
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7120
Fax: (619) 557-5004
Email: Megan.Callan@usdoj.gov

Attorneys for the Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Karal Hasani Efia Battle-El, | ) | Civil No. 07cv2376-L (JMA) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Department of Veteran Affairs, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of:

EX PARTE APPLICATION TO NUNC PRO TUNC CORRECT DEFENDANT'S MOTION TO DISMISS AND SUPPORTING DOCUMENTS

on the following party by electronically filing the foregoing with the clerk of the District Court using its ECF filing system, which electronically provides notice.  In addition, I have caused the above to be placed in the custody of the United States Postal Service for service by U.S. Postal Service to the last known address:

Karal Hasani Efia Battle-El
2985 Euclid Ave., # 22
San Diego, CA 92105

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2008.

s/ Megan Callan
Megan Callan