UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARAL HASANI EFIA BATTLE-EL,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF VETERAN AFFAIRS,<br><br>  Defendant. | Civil No. 07cv2376-L (JMA)<br><br>**ORDER GRANTING EX PARTE APPLICATION TO NUNC PRO TUNC CORRECT DEFENDANT'S MOTION TO DISMISS AND SUPPORTING DOCUMENTS**<br><br>[Doc. no. 18] |

Having reviewed Defendant's Ex Parte Application to Nunc Pro Tunc Correct Defendant's Motion to Dismiss and Supporting Documents (Doc. no. 18), and finding the application meritorious, the Court enters the following order.

The Court finds that no prejudice will result from correcting the record to reflect the truth of what actually occurred, **GRANTS** the ex parte application to correct the record, and therefore ORDERS that the following documents in the record are nunc pro tunc dated May 28, 2008:

Doc. no.  17-1: Notice of Motion and Motion by Defendant to Dismiss
17-2: Memorandum of Points and Authorities Supporting Defendant's Motion to Dismiss
17-3: Exhibit A, Callan Declaration, Supporting Defendant's Motion to Dismiss
17-4: Certificate of Service to Defendant's Motion to Dismiss

**IT IS SO ORDERED.**

DATED: May 29, 2008

M. James Lorenz
United States District Court Judge

1  COPY TO:

2  HON. JAN M. ADLER
   UNITED STATES MAGISTRATE JUDGE
3

4  ALL PARTIES/COUNSEL