UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KARAL HASANI EFIA BATTLE-EL, | ) | Civil No. 07cv2376-L (JMA) |
| Plaintiff, | ) ) | **ORDER re: ORAL ARGUMENT** |
| v. | ) | [doc. #17] |
| DEPARTMENT OF VETERAN AFFAIRS, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Defendant's motion to dismiss the complaint for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) is set for hearing on July 21, 2008. The Court finds this matter suitable for determination on the papers submitted and without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, no appearances are required.

Additionally, the Court notes that plaintiff neither filed an opposition to defendant's motion to dismiss[1] nor sought an extension of time in which to respond to the motion. Civil Local Rule 7.1.f.3 provides that "[i]f an opposing party fails to file the papers in the manner

/ / /

/ / /

/ / /

/ / /

---

[1] Plaintiff's opposition was due not later than July 7, 2008.

1  required by Civil Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a
2  motion or other request for ruling by the court."
3  **IT IS SO ORDERED.**
4  DATED: July 14, 2008

_____
M. James Lorenz
United States District Court Judge

7  COPY TO:
8  HON. JAN M. ADLER
   UNITED STATES MAGISTRATE JUDGE
10 ALL PARTIES/COUNSEL