# UNITED STATES DISTRICT COURT

### Southern District of California

Karal Hasani Efia Battle–El

                                          Plaintiff,

v.                                                                         Case No.:
                                                                        3:07–cv–02376–L–JMA
                                                                        Judge  M. James Lorenz

Department of Veteran's Affairs Debt Management Center

                                          Defendant.

## JUDGMENT IN A CIVIL CASE

\_\_\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_**X**\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendants motion to dismiss for lack of subject matter jurisdiction is GRANTED without prejudice.

                                                                                                                W. Samuel Hamrick, Jr.,
                                                                                                                      Clerk of the Court

Date: 8/4/08

                                                                                                   By: s/ M. Jenkins, Deputy Clerk

                                                                                                   ENTERED ON: August 4, 2008