**NUNC PRO TUNC**

AUG 18 2008



FILED
AUG 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  Karal Hasani Efia Battle-El
2  5826 Streamview Dr. Apt. 143
   San Diego, CA. 92105
3  619-993-7811
4
5
6
7
8
9       UNITED STATES DISTRICT COURT
10      SOUTHERN DISTRICT OF CALIFORNIA
11
12 Karal Hasani Efia Battle-El
   5826 Streamview Dr. Apt. 143
13 San Diego, CA. 92105          Case No. 07-CV-2376-L(JMA)
14     Plaintiff, in pro se,     United States District Court
                                 Judge Hon. M. James Lorenz
15         -vs-                  File Date: 12/19/07
16 Department of Veterans Affairs.
                                 NOTICE OF CHANGE OF ADDRESS
17     Defendant.
18     TO THE CLERK, ALL PARTIRS AND TO THEIR ATTORNEYS OF RECORD
19 PLEASE TAKE NOTICE:  that effective 08/13/08, Plaintiff in pro
20 se, has relocated the apartment address.
21     All pleadings and correspondence should be sent to:
22
23         5826 Streamview Dr. Apt 143
24         San Diego, CA 92105
25
26

Please update your Proof of Service list accordingly.

Dated: 08/13/08

Respectfully submitted,

*[signature]*

Plaintiff in Pro se
Karal Hasani Efia Battle-El
5826 Streamview Dr. Atp 143
San Diego, CA.    92105

## CERTIFICATE OF SERVICE

1. I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION.

2. I AM A RESIDENT OF SAN DIEGOM CALIFORNIA, COUNTY OF SAN DIEGO.

3. ON 08-18-08 I MAILED FROM A REGULAR UNITED STATES POST OFFICE MAIL BOX, WITH POSTAGE THEREON FULLY PREPAID, UPON THE FOLLOWING DOCUMENTS:

   (A) NOTICE OF CHANGE OF ADDRESS

THE DOCUMENTS THAT ARE LISTED ARE ATTACHED TO THIS CERTIFICATE OF SERVICE AND ADDRESSED TO:

> ATTORNEYS FOR V.A.
> KAREN P. HEWITT
> UNITED STATES ATTORNEY
> MEGAN CALLAN
> ASSISTANT U.S. ATTORNEY
> U.S. ATTORNEY'S OFFICE
> 880 FRON STREET, ROOM 6293
> SAN DIEGO, CA. 92101-8893

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SIGN *Michelle Williams*
PRINT Michelle Williams
ADDRESS 5826 Streamview Dr #143
San Diego, CA 92105
PHONE (619) 209-9757
WORK (619) 282-1885
DATE 08/18/08